### Ison, et al. v. Wolfe, et al.

.(Decided October 16, 1912.) .

Appeal from Letcher Circuit Court.

Appeal—Motion to Dismiss—Order of Revivor—When in Time.—An order of revivor is in time when it is made in one year from the end of the term at which it might be first made.

O'REAR & WILLIAMS and WOOTTON & MORGAN for appel-lants.

D. D. FIELDS for appellees.

OPINION OF THE COURT BY CHIEF JUSTICE HOBSON—Overruling motion to dismiss appeal.

Appellee George W. Wolfe died in July, 1911. The appeal had then been granted in the circuit court. The record was filed in this court's clerk's office on August 28, 1911. The death of George Wolfe was suggested November 15, 1911; the case was continued at that term, the winter term and the spring term. On September 19, 1912, an order of revivor was made on petition then filed and on Sept. 24 a motion was entered to dismiss the appeal as to George Wolfe's representatives on the ground that the revivor was not in time.

By section 767 of the Code the provisions of title eleven as to revivor, so far as applicable, regulate cases in this court. In Horsley v. Asher, 94 Ky., 314, it was held that in a case like this the revivor is in time if made in one year from the end of the term at which it might have been first made. Under the construction of the Code there adopted, to which we adhere, the revivor was in time.

Motion overruled.